**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **RUSSELL HENSLEY** ) | |
| **Plaintiff** ) | |
| **v.** ) | **Case No. 5:11-CV-04159** |
| ) | |
| **ORSCHELN FARM AND HOME, LLC,** ) | |
| **a foreign corporation** ) | |
| ) | |
| **and** ) | |
| ) | |
| **WORLD FACTORY, INC.,** ) | |
| **a foreign corporation** ) | |
| **Defendants** ) | |

# PLAINTIFF'S FRCP 41(a)(2) REQUEST FOR DISMISSAL WITH PREJUDICE

**COMES NOW** plaintiff, by counsel, and requests that the Court dismiss this case with prejudice pursuant to FRCP 41(a)(2).   He further states to the Court that all parties have agreed to bear their own costs upon the dismissal of this case.

BRYAN, LYKINS, HEJTMANEK,
  & FINCHER P.A.

BY___/s  John J. Bryan_____
    JOHN J.  BRYAN

Ks. Bar No. 06744
222 W. Seventh Street
P.O. Box 797
Topeka, Kansas 66601-0797
(785) 235-5678
(785) 357-1729 (Telecopier)
JJBRYAN7@aol.com

HUBBARD & KURTZ, L.L.P.

BY ____/s  John Kurtz_____
    JOHN KURTZ

Ks. Bar No. 18506
1718 Walnut
Kansas City, Missouri 64108
(816) 467-1776
(816) 472-5464 (Telecopier)
jkurtz@moknlaw.com

ATTORNEYS FOR PLAINTIFF

The undersigned certifies that this document was filed electronically on this 5th day of December, 2012, with service to be effected thereby through the Court's CM/ECF filing system upon:

Jennifer R. Johnson, Esq.
Michelle R. Stewart, Esq.
Hinkle Law Firm LLC – OP
6800 College Blvd., Suite 600
Overland Pak, Kansas 66211
jjohnson@hinklaw.com
mstewart@hinklaw.com
**Attorneys for Defendant Orscheln Farm & Home, LLC**


Christopher J. Lang, Esq.
Josh Breithaupt, Esq.
Pitzer Snodgrass, P.C.
100 South Fourth Street, Suite 400
St. Louis, Missouri  63102
lang@pspclaw.com ; Breithaupt@pspclaw.com
**Attorney for Defendant World Factory, Inc.**


_____/s   John Kurtz_____
John Kurtz
**Attorney for Plaintiff**