IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **RUSSELL HENSLEY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 11-4159-RDR |
| ) | |
| **ORSCHELN FARM AND HOME, LLC,** ) | |
| **a foreign corporation** ) | |
| ) | |
| and ) | |
| ) | |
| **WORLD FACTORY, INC.,** ) | |
| **a foreign corporation** ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

This matter is presently before the court upon plaintiff's motion for dismissal with prejudice pursuant to Fed.R.Civ.P. 41(a)(2). Plaintiff states that the parties have agreed to bear their own costs upon dismissal of this action.

This motion shall be granted. The parties shall bear their own costs.

IT IS THEREFORE ORDERED that plaintiff's motion for dismiss with prejudice pursuant to Fed.R.Civ.P. 41(a)(2) (Doc. # 49) be hereby granted. This action is dismissed with prejudice. The parties shall bear their own costs.

**IT IS SO ORDERED.**

Dated this 11th day of December, 2012 at Topeka, Kansas.

s/Richard D. Rogers
United States District Judge